# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | **6:20-PO-5030-KLD** |
| Plaintiff, | CVB Violation No: 9587251 |
| vs. | ORDER DISMISSING |
| Wayne P. Delzer, | |
| Defendant. | |

_____

The government moved to dismiss the above referenced violation notice on June 4, 2020, in open court. Accordingly,

**IT IS ORDERED** that violation notice 9587251 is **DISMISSED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant at 7138 Duffy Ln., Canyon Creek, MT 59633, and to the Central Violations Bureau. CVB is directed to enter **NC** as the disposition code in this matter.

DONE and DATED this 5th day of August, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

ORDER - PAGE 1